UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> TREKMOVIE.COM et al., <br><br> Defendants. | Case No. 2:23-cv-00028-SB-AFM <br><br> ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

On March 7, 2023, Plaintiff filed proof that Defendants Anthony Pascale, SciFanatic Network, TrekMovie.com were served on that date.  Dkt. No. 14.  Responsive pleadings were due on on March 28, 2023.  None has been filed by any defendant, and Plaintiff has not sought entry of default or default judgment.  Plaintiff is ordered to show cause, in writing, no later than April 7, 2023, why this action should not be dismissed for lack of prosecution.

The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the April 7, 2023, of an application for entry of default under Rule 55(a).  No oral argument on this matter will be heard unless otherwise   ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order.  Failure to respond to the Order to Show Cause will be construed as consent to the dismissal without prejudice of the action in its entirety.  IT IS SO ORDERED.

Date: March 30, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1